IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERRY SLAUGHTER,

        Petitioner,               No. CIV S-04-2440 DFL KJM P

    vs.

MICHAEL PHILIP STANGER,
Judge, et al.,

        Respondent.              <u>ORDER</u>

        This petition for writ of habeas corpus was dismissed on March 21, 2005. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: November 3, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp
slau2440.158